FILED
CLERK, U.S. DISTRICT COURT

APR 12 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION         BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Colrissian Darrell Carter<br>DEFENDANT(S). | CASE NUMBER<br><br>ED12MJ112-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __4-13-12__, ___, at __10__ ☒ a.m. / ☐ p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __4-12-12__

U.S. District Judge/Magistrate Judge